IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

JAMES CHRISTIANSEN, )
)
    Plaintiff, )
)
v. ) No. 15--06018-CV-NKL
)
CAROLYN V. COLVIN, )
Acting Commissioner of Social Security, )
)
    Defendant. )

## JUDGMENT IN A CIVIL CASE

\_\_\_    Jury Verdict.   This action came before the Court for a trial by jury.

X    Decision by Court.   This action came to trial or hearing before the Court.

    The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette Laughrey on December 8, 2015, the Commissioner's decision is affirmed.

Date: December 8, 2015        PAIGE WYMORE-WYNN
                                       Acting Clerk of Court

                                       s/ RENEA MATTHES
                                       By: Renea Matthes, Courtroom Deputy